| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the:<br><br>WESTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____  Chapter   11 |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | FINLO Corporation |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  Larks Entertainment |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3330694 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| 1527 West 9th Street<br>Kansas City, MO 64101<br>Number, Street, City, State & ZIP Code | 238 South Brownell Street<br>La Porte, TX 77571<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Jackson<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | https://larkskansascity.com/ |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   FINLO Corporation _____      Case number (*if known*) _____
Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    7993

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor   **FINLO Corporation**                                                Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                     Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 3

Debtor    FINLO Corporation                                                    Case number (*if known*)
_____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | FINLO Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/19/2026
MM / DD / YYYY

DocuSigned by:

X _Jimmie Finister_
Signature of authorized representative of debtor

Jimmie Finister, Jr.
Printed name

Title  Managing Director

**18. Signature of attorney**

DocuSigned by:

X _Colin N. Gotham_
Signature of attorney for debtor

Date 5/19/2026
MM / DD / YYYY

Colin N. Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone  (913) 962-8700      Email address  cgotham@emlawkc.com

KS#19538; MO#52343 MO
Bar number and State

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Missouri

In re    FINLO Corporation

_____
                                    Debtor(s)

Case No. _____

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |
|---|---|
| For legal services, I have agreed to accept | $    HOURLY |
| Prior to the filing of this statement I have received | $    16,780.00 |
| Balance Due | $    HOURLY |

2.  $  1,738.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5/19/2026
_____
_Date_

DocuSigned by:

*Colin N. Gotham*
_____
Colin N. Gotham KS#19538; MO#52343
_Signature of Attorney_
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700  Fax: (913) 962-8701
cgotham@emlawkc.com
_____
_Name of law firm_

ASSN Company
PO Box 2576
Springfield IL 62708


Attorney General
Main Justice Building
950 Pennsylvania Avenue NW
Washington DC 20530-0001


Auto-Chlor System
301 Kansas Avenue
Kansas City KS 66105


Candida Lopez
238 South Brownell Street
La Porte TX 77571


Chase Bank
ATTN: Bankruptcy Mail Intake
700 Kansas Lane, Floor 1
Monroe LA 71203


Chase Card Services
PO Box 17230
Wilmington DE 19850-7230


Cintas
1715 Linn Street
Kansas City MO 64116


City of Kansas City, Missouri
Revenue Division
414 E. 12th St, Fl 2
Kansas City MO 64106-2702


City of Kansas City, Missouri
Attn: City Attorney
414 E. 12th Street, 23rd Floor
Kansas City MO 64106


Corporation Service Company
801 Adlai Stevenson Drive
Springfield IL 62703

Docusign Envelope ID: 56258468-D301-82AB-8398-0A83E5EC5307

Cryder Marketing
1224 N. Shartel Avenue
Oklahoma City OK 73103


eAdvance Services
122 E 42nd Street, Suite 2112
New York NY 10168


Expansion Capital Group
5801 South Corporate Place
Sioux Falls SD 57108


Fast Signs
905 Westport Road
Suite F
Kansas City MO 64111


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit MO 64064


Jimmie Finister, Jr.
PO Box 104
Cypress TX 77410


Lark, LLC
c/o Scott A. Sandroff
One Overlook Point, Suite 670
Lincolnshire IL 60069


Lathrop GPM
2345 Grand Blvd., Suite 2200
Kansas City MO 64108


Luis Lopez
3426 Bayou Forest Drive
La Porte TX 77571

MCM Holdings
% Melissa Ferchill
2425 WEst 11th Street, Suite 5
Cleveland OH 44113


Missouri Attorney General
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City MO 65102


Missouri Dept of Revenue
ATTN: Bankruptcy Unit
PO Box 475
Jefferson City MO 65105-0475


OnDeck
4700 W. Daybreak Pkwy., Suite 200
South Jordan UT 84009


Pathward, NA
5501 South Broadband Lane
Sioux Falls SD 57108


Phil Bourne
600 E 59th Street
Kansas City MO 64110


Rodriguez Mechanical Contractors Inc.
541 South 11th Street
Kansas City KS 66105


RTR Recovery
370 Lexington Avenue
New York NY 10017


Strategic Equipment, LLC
2801 South Valley Parkway
Suite 200
Lewisville TX 75067

Docusign Envelope ID: 56258168-D301-82AB-8398-0A8355EC5307

TicTok Capital, Inc.
200 South Andrews Avenue
Suite 504
Fort Lauderdale FL 33301


Toast Capital, LLC
425 West Washington Street
Suite 4
Suffolk VA 23434-5320


Toast Capital, LLC
333 Summer Street
Boston MA 02210


TriMark USA, LLC
2801 South Valley Parkway
Suite 200
Lewisville TX 75067


US Attorney
US Courthouse
400 E 9th    5th Fl
Kansas City MO 64106


US Attorney
Attn: Vanessa Kamberis
400 E 9th    5th Fl
Kansas City MO 64106


US Bank
Bankruptcy Department
PO Box 5229
Cincinnati OH 45201-5229


US Bank
0288 Thornton Parkway Safeway
PO Box 4493
Portland OR 97208-4493


US Foods Inc
9339 West Higgins Road
Suite 100
Rosemont IL 60018

Docusign Envelope ID: 56258168-D301-82AB-8398-0A83E5EC5307

US Foods, Inc.
% Mary Cowan
PO Box 24101
Cleveland OH 44124


US Foods, Inc.
8207 NW High Point Drive
Kansas City MO 64152-1649


US Small Business Admin.
1000 Walnut Street, Suite 500
Kansas City MO 64106


Waste Management
7515 153rd St
Shawnee KS 66203


Waste Management
PO Box 9001054
Louisville KY 40290-1054


Web Bank
215 South State Street
Suite 1000
Salt Lake City UT 84111


Wells Fargo Bank, N.A.
1 Home Campus
MAC X2303-01A
Des Moines IA 50328


Wells Fargo Financial
P.O. Box 9210
Des Moines IA 50306-9210


West Bottom Flats II MT, LLC
% Registered Agent, LTD
2345 Grand Blve, Suite 2800
Kansas City MO 64108

# United States Bankruptcy Court
## Western District of Missouri

In re    FINLO Corporation                                          Case No. _____
                                              Debtor(s)     Chapter    11

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is

true and correct to the best of my knowledge and includes the name and address of my

ex-spouse (if any).

Date:  5/19/2026 _____

DocuSigned by:

*Jimmie Finister*

9277650489C2449

Jimmie Finister, Jr./Managing Director
Signer/Title

**Fill in this information to identify the case:**

Debtor name    FINLO Corporation

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/19/2026      X   *Jimmie Finister*
                                       Signature of individual signing on behalf of debtor

                                       Jimmie Finister, Jr.
                                       Printed name

                                       Managing Director
                                       Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | FINLO Corporation |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known): | |

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pathward, NA 5501 South Broadband Lane Sioux Falls, SD 57108 | | Blanket Lien | | $1,250,000.00 | $0.00 | $1,250,000.00 |
| Phil Bourne 600 E 59th Street Kansas City, MO 64110 | | Loan | | | | $80,000.00 |
| OnDeck 4700 W. Daybreak Pkwy., Suite 200 South Jordan, UT 84009 | | Loan | | | | $66,204.04 |
| TicTok Capital, Inc. 200 South Andrews Avenue Suite 504 Fort Lauderdale, FL 33301 | | Accounts & Accounts Receiveables | | $59,960.00 | $0.00 | $59,960.00 |
| Missouri Dept of Revenue ATTN: Bankruptcy Unit PO Box 475 Jefferson City, MO 65105-0475 | | Sales Taxes | | | | $49,170.19 |
| Chase Bank ATTN: Bankruptcy Mail Intake 700 Kansas Lane, Floor 1 Monroe, LA 71203 | | Credit card purchases | | | | $47,943.78 |
| Lark, LLC c/o Scott A. Sandroff One Overlook Point, Suite 670 Lincolnshire, IL 60069 | | Franchise Fees | | | | $40,000.00 |

| Debtor | FINLO Corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Toast Capital, LLC 425 West Washington Street Suite 4 Suffolk, VA 23434-5320 | | Loan | | | | $32,544.00 |
| Cryder Marketing 1224 N. Shartel Avenue Oklahoma City, OK 73103 | | Services Provided | | | | $20,050.50 |
| Wells Fargo Bank, N.A. 1 Home Campus MAC X2303-01A Des Moines, IA 50328 | | Credit Card Purchases | | | | $9,235.86 |
| Expansion Capital Group 5801 South Corporate Place Sioux Falls, SD 57108 | | Loan | | | | $7,000.00 |
| Lathrop GPM 2345 Grand Blvd., Suite 2200 Kansas City, MO 64108 | | Services Provided | | | | $6,679.01 |
| Cintas 1715 Linn Street Kansas City, MO 64116 | | Services Provided | | | | $5,200.00 |
| City of Kansas City, Missouri Revenue Division 414 E. 12th St, Fl 2 Kansas City, MO 64106-2702 | | Sales Taxes | | | | $5,000.00 |
| Fast Signs 905 Westport Road Suite F Kansas City, MO 64111 | | Services Provided | | | | $3,568.88 |
| US Bank Bankruptcy Department PO Box 5229 Cincinnati, OH 45201-5229 | | Credit Card Purchases | | | | $2,983.05 |
| Waste Management 7515 153rd St Shawnee, KS 66203 | | Utility Service | | | | $2,584.44 |

Debtor   FINLO Corporation
_____                                    Case number *(if known)*   _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rodriguez Mechanical Contractors Inc. 541 South 11th Street Kansas City, KS 66105 | | Services Provided | | | | $2,034.60 |
| US Foods Inc 9339 West Higgins Road Suite 100 Rosemont, IL 60018 | | Trade Debt | Disputed | | | $1,981.28 |

# United States Bankruptcy Court
## Western District of Missouri

In re    FINLO Corporation                                    Case No.
                        Debtor(s)                            Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Candida Lopez<br>238 South Brownell Street<br>La Porte, TX 77571 | | 14% | Managing Director |
| Jimmie Finister, Jr.<br>PO Box 104<br>Cypress, TX 77410 | | 49% | Managing Director |
| Katie Heam<br>1223 Preswick Circle<br>Harker Heights, TX 76548 | | 9% | Director |
| Lillie Finister<br>204 West Beeline Lane<br>Harker Heights, TX 76548 | | 15% | Director |
| Luis Lopez<br>3426 Bayou Forest Drive<br>La Porte, TX 77571 | | 13% | Director |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____        Signature _____
                                                    Jimmie Finister, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name    FINLO Corporation

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
     Copy line 88 from *Schedule A/B*...........................................................................    $      0.00

    1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................    $      52,400.00

    1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................    $      52,400.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      1,309,960.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      54,170.19

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      638,005.38

4.    **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b          $      2,002,135.57

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | FINLO Corporation |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $500.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | Checking | | $1,200.00 |
| 3.2. | Chase | Savings | | $700.00 |
| 3.3. | Shell | Checking | | $900.00 |
| 3.4. | Shell | Savings | | $350.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                 $3,650.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

| Debtor | FINLO Corporation | Case number (If known) | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

| | Name of entity: | % of ownership | | Valuation method | Current value |
|---|---|---|---|---|---|
| 15.1. | Larks Corporation | 3% | % | Liquidation | $0.00 |

| | | | Current value |
|---|---|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>Bar Inventory | | $0.00 | Liquidation | $750.00 |
| | Inside and Outside Furniture | | $0.00 | Liquidation | $20,000.00 |

Docusign Envelope ID: 56258468-D301-82AB-8398-0A83E5EC5307

| Debtor | FINLO Corporation | Case number (If known) | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$20,750.00

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office Furniture | $0.00 | Liquidation | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment | $0.00 | Liquidation | $0.00 |
| | 4 Computers and Printer | $0.00 | Liquidation | $500.00 |
| | POS System | $0.00 | Liquidation | $1,000.00 |
| | Internet Rack, Security Cameras, & TVs | $0.00 | Liquidation | $20,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$21,500.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

| Debtor | FINLO Corporation | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Shuffle Board Table | $0.00 | Liquidation | $1,500.00 |
| Bar Equipment | $0.00 | Liquidation | $5,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $6,500.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4 |
|---|---|---|

Debtor    FINLO Corporation                                          Case number *(If known)*  _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                 Name


■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   FINLO Corporation _____     Case number *(If known)* _____
        Name

<span style="background:black;color:white">Part 12:</span>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,650.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,750.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $52,400.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $52,400.00 |

**Fill in this information to identify the case:**

Debtor name      FINLO Corporation

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1    ASSN Company**
Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

Security Interest in and to all of Merchant's present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, and inventory.

**Describe the lien**
UCC

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00    Column B: $0.00

---

**2.2    Pathward, NA**
Creditor's Name

5501 South Broadband Lane
Sioux Falls, SD 57108
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Blanket Lien

**Describe the lien**
UCC

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: $1,250,000.00    Column B: $0.00

---

| Debtor | FINLO Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | TicTok Capital, Inc. | Describe debtor's property that is subject to a lien | $59,960.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

200 South Andrews Avenue
Suite 504
Fort Lauderdale, FL 33301

Creditor's mailing address

Accounts & Accounts Receiveables

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | Web Bank | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

215 South State Street
Suite 1000
Salt Lake City, UT 84111

Creditor's mailing address

Accounts Receivables

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
UCC

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,309,960.00 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor   FINLO Corporation                                    Case number (if known) _____
              Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line 2.2 | |
| Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line 2.1 | |
| eAdvance Services<br>122 E 42nd Street, Suite 2112<br>New York, NY 10168 | Line 2.3 | |
| RTR Recovery<br>370 Lexington Avenue<br>New York, NY 10017 | Line 2.3 | |
| US Attorney<br>Attn: Vanessa Kamberis<br>400 E 9th   5th Fl<br>Kansas City, MO 64106 | Line 2.2 | |
| US Small Business Admin.<br>1000 Walnut Street, Suite 500<br>Kansas City, MO 64106 | Line 2.2 | |

**Fill in this information to identify the case:**

Debtor name   FINLO Corporation

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
City of Kansas City, Missouri
Revenue Division
414 E. 12th St, Fl 2
Kansas City, MO 64106-2702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,000.00    Priority amount: $5,000.00

Date or dates debt was incurred

Basis for the claim:
Sales Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2**

Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    FINLO Corporation                                          Case number (if known)
_____                             _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,170.19 | $0.00 |

Priority creditor's name and mailing address

Missouri Dept of Revenue
ATTN: Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Candida Lopez<br>238 South Brownell Street<br>La Porte, TX 77571<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan<br>Is the claim subject to offset? ☑ No ☐ Yes | $40,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Chase Bank<br>ATTN: Bankruptcy Mail Intake<br>700 Kansas Lane, Floor 1<br>Monroe, LA 71203<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit card purchases<br>Is the claim subject to offset? ☑ No ☐ Yes | $47,943.78 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Cintas<br>1715 Linn Street<br>Kansas City, MO 64116<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services Provided<br>Is the claim subject to offset? ☑ No ☐ Yes | $5,200.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Cryder Marketing<br>1224 N. Shartel Avenue<br>Oklahoma City, OK 73103<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services Provided<br>Is the claim subject to offset? ☑ No ☐ Yes | $20,050.50 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Expansion Capital Group<br>5801 South Corporate Place<br>Sioux Falls, SD 57108<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan<br>Is the claim subject to offset? ☑ No ☐ Yes | $7,000.00 |

---

| Debtor | FINLO Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,568.88

Fast Signs
905 Westport Road
Suite F
Kansas City, MO 64111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $217,995.94

Jimmie Finister, Jr.
PO Box 104
Cypress, TX 77410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,000.00

Lark, LLC
c/o Scott A. Sandroff
One Overlook Point, Suite 670
Lincolnshire, IL 60069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Franchise Fees

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,679.01

Lathrop GPM
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $52,000.00

Luis Lopez
3426 Bayou Forest Drive
La Porte, TX 77571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66,204.04

OnDeck
4700 W. Daybreak Pkwy., Suite 200
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80,000.00

Phil Bourne
600 E 59th Street
Kansas City, MO 64110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FINLO Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,034.60 |
|---|---|---|---|

Rodriguez Mechanical Contractors Inc.
541 South 11th Street
Kansas City, KS 66105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Services Provided

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,544.00 |
|---|---|---|---|

Toast Capital, LLC
425 West Washington Street
Suite 4
Suffolk, VA 23434-5320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Loan

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

TriMark USA, LLC
2801 South Valley Parkway
Suite 200
Lewisville, TX 75067

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Prior lease that the Debtor bleieves has been paid off

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,983.05 |
|---|---|---|---|

US Bank
Bankruptcy Department
PO Box 5229
Cincinnati, OH 45201-5229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Credit Card Purchases

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,981.28 |
|---|---|---|---|

US Foods Inc
9339 West Higgins Road
Suite 100
Rosemont, IL 60018

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,584.44 |
|---|---|---|---|

Waste Management
7515 153rd St
Shawnee, KS 66203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Utility Service

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,235.86 |
|---|---|---|---|

Wells Fargo Bank, N.A.
1 Home Campus
MAC X2303-01A
Des Moines, IA 50328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Credit Card Purchases

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    FINLO Corporation _____    Case number (if known) _____
           Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

West Bottom Flats II MT, LLC
% Registered Agent, LTD
2345 Grand Blve, Suite 2800
Kansas City, MO 64108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __Notice Address for MCM Holdings__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line 2.2<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Chase Card Services<br>PO Box 17230<br>Wilmington, DE 19850-7230 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.3 | City of Kansas City, Missouri<br>Attn: City Attorney<br>414 E. 12th Street, 23rd Floor<br>Kansas City, MO 64106 | Line 2.1<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Internal Revenue Service<br>Attn: Insolvency/Advisory<br>Mail Stop 5334 LSM<br>2850 NE Independence Ave<br>Lees Summit, MO 64064 | Line 2.2<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 | Line 2.3<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 | Line 2.1<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Strategic Equipment, LLC<br>2801 South Valley Parkway<br>Suite 200<br>Lewisville, TX 75067 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Toast Capital, LLC<br>333 Summer Street<br>Boston, MA 02210 | Line 3.14<br>☐ Not listed. Explain ____ | _ |

| Debtor | FINLO Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | US Attorney<br>US Courthouse<br>400 E 9th   5th Fl<br>Kansas City, MO 64106 | Line  2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | US Bank<br>0288 Thornton Parkway Safeway<br>PO Box 4493<br>Portland, OR 97208-4493 | Line  3.16<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | US Foods, Inc.<br>% Mary Cowan<br>PO Box 24101<br>Cleveland, OH 44124 | Line  3.17<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | US Foods, Inc.<br>8207 NW High Point Drive<br>Kansas City, MO 64152-1649 | Line  3.17<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | Waste Management<br>PO Box 9001054<br>Louisville, KY 40290-1054 | Line  3.18<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | Wells Fargo Financial<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Line  3.19<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.     $ | 54,170.19 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 638,005.38 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.     $ | 692,175.57 |

**Fill in this information to identify the case:**

Debtor name ___FINLO Corporation___

United States Bankruptcy Court for the:  ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Dishwasher | |
| | State the term remaining | Expires 2029 | Auto-Chlor System 301 Kansas Avenue Kansas City, KS 66105 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Cleaning Services | |
| | State the term remaining | Expires 2029 | Cintas 1715 Linn Street Kansas City, MO 64116 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Larks Franchise Agreement | |
| | State the term remaining | | Lark, LLC c/o Scott A. Sandroff One Overlook Point, Suite 670 Lincolnshire, IL 60069 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property located at 1525 West 9th Street, Kansas City, MO and kitchen equipment (arrearages of approx. $14,700) | |
| | State the term remaining | | MCM Holdings % Melissa Ferchill 2425 WEst 11th Street, Suite 5 Cleveland, OH 44113 |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 1 of 2 |
|---|---|---|

Docusign Envelope ID: 56258168-D301-82AB-8398-0A83E5EC5307

Debtor 1   FINLO Corporation
      First Name         Middle Name       Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Garbage Collection Services | |
|---|---|---|---|
| | State the term remaining | Expires 2031 | Waste Management |
| | List the contract number of any government contract | | 7515 153rd St Shawnee, KS 66203 |

| Fill in this information to identify the case: |
|---|

Debtor name    FINLO Corporation

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Candida Lopez | 238 South Brownell Street La Porte, TX 77571 | TicTok Capital, Inc. | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Jimmie Finister, Jr. | PO Box 104 Cypress, TX 77410 | TicTok Capital, Inc. | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Jimmie Finister, Jr. | PO Box 104 Cypress, TX 77410 | OnDeck | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.4 | Jimmie Finister, Jr. | PO Box 104 Cypress, TX 77410 | Pathward, NA | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>FINLO Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF MISSOURI</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 1/01/2026 to Filing Date | ■ Operating a business<br>☐ Other | $250,000.00 |
| For prior year:<br>From 1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other | $586,000.00 |
| For year before that:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other | $127,994.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   FINLO Corporation _____     Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Stonewall | Monetary Donation | 2025 | $1,500.00 |
| | Recipients relationship to debtor | | | |

Debtor    FINLO Corporation                                    Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | Primitivo Garcia Elementary School | Monetary Donation | 2024 | $1,000.00 |
| | **Recipients relationship to debtor** | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Employee Theft | $0.00 | 2025 | $10,000.00 |
| Gas Line Leak | $0.00 | 2025 | $25,000.00 |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans and Mullinix PA<br>7225 Renner Rd  Ste 200<br>Shawnee, KS 66217-3043 | Filing Fee and Attorney Fees | 5/01/2026 - $15,000.00<br>5/04/2026 - $1,738.00 | $16,738.00 |
| | **Email or website address**<br>www.emlawkc.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    FINLO Corporation _____     Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   FINLO Corporation _____   Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Third Party Vendor | 1527 West 9th Street Kansas City, MO 64101 | ATM Machine | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Third Party Vendor | 1527 West 9th Street Kansas City, MO 64101 | Arcade Games | $0.00 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    FINLO Corporation _____     Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Zach Barton | 2024-2026 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    Zach Barton | 2024-2026 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    FINLO Corporation _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jimmie Finister, Jr. | PO Box 104<br>Cypress, TX 77410 | Managing Director | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Candida Lopez | 238 South Brownell Street<br>La Porte, TX 77571 | Managing Director | 14% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katie Heam | 1223 Preswick Circle<br>Harker Heights, TX 76548 | Director | 9% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lillie Finister | 204 West Beeline Lane<br>Harker Heights, TX 76548 | Director | 15% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Luis Lopez | 3426 Bayou Forest Drive<br>La Porte, TX 77571 | Director | 13% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    FINLO Corporation                                    Case number (if known) _____

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/19/2026

*Jimmie Finister*                                         Jimmie Finister, Jr.
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Director

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207                 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                 page **8**

# United States Bankruptcy Court
## Western District of Missouri

In re    FINLO Corporation    Case No. _____
                                 Debtor(s)    Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __FINLO Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

5/19/2026
_____
Date

DocuSigned by:

*Colin N. Gotham*
6FD4C5FE4034403
Colin N. Gotham KS#19538; MO#52343
Signature of Attorney or Litigant
Counsel for    FINLO Corporation
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com