# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
JOHN JAMES

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
**CT Lien Solutions
2929 Allen Parkway, Ste. 3300
Houston, TX 77019
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

## EXHIBIT 1

**FILING NUMBER:** 24-0022209071
**FILING DATE:** 03/13/2024    03:18 PM
**DOCUMENT NUMBER:** 1342893960001
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** | | | | |
| OR | **FINLO CORPORATION** | | | |
| | **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **1c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| **238 S Brownell St.** | **LaPorte** | **TX** | **77571** | **USA** |

2. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| OR | | | | |
| | **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only <u>one</u> Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | | |
| OR | **Pathward, National Association** | | | |
| | **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **3c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| **5480 Corporate Dr, suite 350** | **Troy** | **MI** | **48098** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor whether now owned or hereafter acquired and wherever located. NOTICE - PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. NOTWITHSTANDING DEBTOR'S AGREEMENT TO NOT FURTHER ENCUMBER THE COLLATERAL, IN THE EVENT THAT ANY ENTITY RECEIVES OR COLLECTS ANY OF THE COLLATERAL (INCLUDING BUT NOT LIMITED TO ACCOUNTS, INVENTORY, CHATTEL PAPER, GENERAL INTANGIBLES, INSTRUMENTS OR INVESTMENT PROPERTY) OR ITS PROCEEDS, SUCH ENTITY IS REQUIRED TO IMMEDIATELY DELIVER SUCH COLLATERAL AND ITS PROCEEDS TO SECURED PARTY, AND THE FAILURE TO DO SO MAY CONSTITUTE TORTIOUS INTERFERENCE WITH SECURED PARTY'S RIGHTS AND REMEDIES WITH RESPECT TO THE COLLATERAL AND DEBTOR.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**