# EXHIBIT 5

**14-DAY AND 30-DAY BUDGET**

| INCOME | DAYS 1-14 | DAYS 15-30 | 30 DAY TOTALS |
|---|---|---|---|
| **Opening Cash:** | | **$4,238.00** | |
| **Projected Gross Revenue:** | **$27,000.00** | **$27,000.00** | **$54,000.00** |
| EMPLOYEE PAYROLL | $11,000.00 | $11,000.00 | $22,000.00 |
| HEALTH INSURANCE | $0.00 | $0.00 | $0.00 |
| WORKER'S COMPENSATION | $562.00 | | $562.00 |
| OFFICE RENT/LEASE | $7,000.00 | $7,000.00 | $14,000.00 |
| UTILITIES | | $3,900.00 | $3,900.00 |
| INVENTORY PURCHASES | $2,500.00 | $2,500.00 | $5,000.00 |
| FREIGHT | | | $0.00 |
| RENTAL EQUIPMENT | $1,200.00 | | $1,200.00 |
| REPAIR AND MAINTENANCE | | | $0.00 |
| SUBCONTRACTOR | | | $0.00 |
| VEHICLE EXPENSES | | | $0.00 |
| POSTAGE & SHIPPING | | | $0.00 |
| RECRUITING & RELOCATION | | | $0.00 |
| TRAVEL AND MEALS (OH AND COGS) | | | $0.00 |
| INSURANCE | | $1,400.00 | $1,400.00 |
| DUES & SUBSCRIPTIONS | | | $0.00 |
| CREDIT CARD MERCHANT FEES | | | $0.00 |
| EQUIPMENT LEASE | | | $0.00 |
| OFFICE SUPPLIES & R&M | | | $0.00 |
| COMPUTER SOFTWARE & IT | $500.00 | $500.00 | $1,000.00 |
| LICENSING, IP | | | $0.00 |
| STATE REPRESENTATION (CT CORP) | | | $0.00 |
| WAREHOUSE SUPPLIES | | | $0.00 |
| ADVERTISING | | | $0.00 |
| BANK SERVICE CHARGES | | | $0.00 |
| CONTRACT SERVICES | | | $0.00 |
| MEALS & ENTERTAINMENT | | | $0.00 |
| TAXES | | $1,500.00 | $1,500.00 |
| SUBCHAPTER V TRUSTEE | | $500.00 | $500.00 |
| ATTORNEY FEES (SUBJECT TO COURT APPROVAL) | | | $0.00 |
| ACCOUNTING SERVICES (SUBJECT TO COURT APPROVAL) | | | $0.00 |
| **TOTAL PROJECTED CASH DISBURSEMENTS** | **$22,762.00** | **$28,300.00** | **$51,062.00** |
| **CASH ON HAND AFTER DISBURSEMENTS** | **$4,238.00** | **$2,938.00** | **$2,938.00** |

|  | $4,238 | ($1,300) | $2,938 |

**Budget**

Larks Entertainment Kansas City MO

| | July Proj. Low | August Proj. Low | September Proj. Low | October Proj. Low | November Proj. Low | December Proj. Low |
|---|---|---|---|---|---|---|
| Shuffle Board | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 |
| Larkcade | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Bar | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| Lark's Kitchen | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 |
| | $ 58,500.00 | $ 58,500.00 | $ 58,500.00 | $ 58,500.00 | $ 58,500.00 | $ 58,500.00 |
| | | | | | | |
| COGS- Attractions/Arcade | $ - | $ - | $ - | $ - | $ - | $ - |
| COGS - Birthday & Groups | $ - | $ - | $ - | $ - | $ - | $ - |
| COGS- Larkcade | $ - | $ - | $ - | $ - | $ - | $ - |
| COGS- Lark's Kitchen | $ 6,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 8,500 |
| COGS- Bar | $ 2,000 | $ 2,750 | $ 2,750 | $ 2,750 | $ 2,750 | $ 3,000 |
| COGS - General Supplies & Materials | $ 400 | $ 575 | $ 575 | $ 575 | $ 575 | $ 400 |
| **Total Cost of Goods Sold** | **$ 8,900** | **$ 10,825** | **$ 10,825** | **$ 10,825** | **$ 10,825** | **$ 11,900** |
| | | | | | | |
| Facility Rent Expense | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 |
| Utilities | $ 3,800 | $ 3,800 | $ 3,800 | $ 3,800 | $ 3,800 | $ 3,800 |
| **Total Property Costs** | **$ 17,800** | **$ 17,800** | **$ 17,800** | **$ 17,800** | **$ 17,800** | **$ 17,800** |
| | | | | | | |
| Staff Salaries & Wages | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 |
| Staff Training | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 |
| **Total Staff** | **$ 18,375** | **$ 18,375** | **$ 18,375** | **$ 18,375** | **$ 18,375** | **$ 18,375** |
| | | | | | | |
| Non-Capitalized Furniture & Fixtures | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 |
| Equipment Maintenance | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 |
| **Total Equipment & Furniture** | **$ 800** | **$ 800** | **$ 800** | **$ 800** | **$ 800** | **$ 800** |
| | | | | | | |
| Franchising Royalty | | | | | | |
| Insurance Premiums | $ 1,667 | $ 1,667 | $ 1,667 | $ 1,667 | $ 1,667 | $ 1,667 |
| Marketing | $ - | $ - | $ - | $ - | $ - | $ - |
| Trustee | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Accounting Services | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 |
| Management Services | $ - | $ - | $ - | $ - | $ - | $ - |
| Office Costs | $ 417 | $ 417 | $ 417 | $ 417 | $ 417 | $ 417 |
| IT & Software | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Legal & Professional Fees | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Other Miscellaneous Costs | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Sub V Trudtee Fees | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ - |
| Licenses & Permits | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 |
| **Total Other Overhead** | **$ 5,475** | **$ 5,475** | **$ 5,475** | **$ 5,475** | **$ 5,475** | **$ 4,975** |
| | | | | | | |
| **Total Cost** | **$ 51,350** | **$ 53,275** | **$ 53,275** | **$ 53,275** | **$ 53,275** | **$ 53,850** |
| | | | | | | |
| **SBA Protection Payment** | $ 1,667 | $ 1,667 | $ 1,667 | $ 1,667 | $ 1,667 | $ 1,667 |
| | | | | | | |
| **Estimated Net Income Before Taxes** | **$ 5,483** | **$ 3,558** | **$ 3,558** | **$ 3,558** | **$ 3,558** | **$ 2,983** |