**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**AT KANSAS CITY**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 26-40890-can |
| FINLO CORPORATION, | ) | Chapter 11 |
| | ) | |
| DEBTOR. | ) | |

**MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365**

NOW COMES FINLO Corporation, Debtor, and Debtor-in-Possession herein, by and through counsel Colin N. Gotham of Evans & Mullinix, P.A., and moves this Court for an Order authorizing Debtor to extend the time to assume or reject unexpired lease of nonresidential real property pursuant to 11 U.S.C. 365. In support hereof, the Debtor represents the following:

1. On May 19, 2026, FINLO Corporation filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the Bankruptcy Code). Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the Debtor remains as Debtor-in-Possession.

2. Prior to the filing date, the Debtor entered into the following non-residential lease:

| Name | Description |
|---|---|
| MCM Holdings | Lease of commercial property located at 1525 West 9th Street, Kansas City, MO and kitchen equipment |

3. Pursuant to 11 U.S.C. § 365(d)(4)(A)(i), the Debtor must assume or reject the leases within 120 days from the filing date of May 19, 2026, which would be September 16, 2026 (the “Rejection Deadline”), or the lease will be deemed rejected.

4. 11 U.S.C. § 365(4)(B)(i) allows the Court to extend the 120-day period for 90 days, which would make the deadline December 15, 2026.

5. The Debtor is engaged in the process of evaluating various business prospects and reorganization possibilities, which process may not be completed as of the Rejection Deadline.

6. The Debtor may need to vacate its business location if an agreement is not reached.

7. The lease is an integral part of the Debtor's assets and the potential sale or reorganization process, and as a result, the Rejection Deadline must be extended by 90 days to afford the Debtor full opportunity to evaluate its situation and any prospective purchaser the opportunity to analyze the lease as part of any purchase.

8. The Debtor is current on all post-petition obligations associated with the lease.

WHEREFORE, Debtor respectfully requests that the Court enter an order extending the Rejection Deadline by 90 days or until December 15, 2026, and for such other and further relief as the court deems proper in the premises.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
colin@emlawkc.com
*Attorneys for Debtors*

**NOTICE OF MOTION**

Any response to the motion must be filed within 21 days of the date of this notice, pursuant to Local Rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing, go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. I further certify that a true and correct copy of the foregoing was served upon the parties listed below by U.S. First-Class Mail, postage prepaid, on this 22nd day of June 2026.

MCM Holdings
% Melissa Ferchill
2425 West 11th Street, Suite 5
Cleveland, OH 44113

*/s/ Colin N. Gotham*
Colin N. Gotham