**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**AT KANSAS CITY**

| | |
|---|---|
| IN RE: | ) |
| | )     Case No. 26-40890-can11 |
| FINLO CORPORATION, INC., | ) |
| | ) |
|          Debtor. | ) |

**DEBTOR'S PRE-STATUS CONFERENCE REPORT**
**REGARDING EFFORTS UNDERTAKEN OR TO BE UNDERTAKEN**
**TO OBTAIN A CONSENSUAL CHAPTER 11 PLAN**

COMES NOW Debtor, FINLO Corporation, Inc., by and through its counsel Colin N. Gotham of Evans and Mullinix, P.A., and for its Pre-Conference Status Report regarding its efforts to reorganize states as follows:

1. On May 19, 2026, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the Debtor remains as Debtor-in-Possession.

2. On May 19, 2026, the Debtor filed its Application to Employ Colin N. Gotham and Evans & Mullinix, P.A. as counsel for the Debtor [doc. #3] and the Court entered its Order [doc. #29] granting the Application to Employ Colin N. Gotham and Evans & Mullinix, P.A. as counsel for the Debtor on June 12, 2026.

3. The Subchapter V Trustee that has been appointed in this case is:

   Norman Rouse
   Collins, Webster & Rouse
   5957 E. 20th Street
   Joplin, MO 64801
   417-782-2222
   Email: twelch@cwrcave.com

4. The Debtor continues to be in possession of its property and operates and manages its business as Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

5. The Debtor is a small business Debtor as defined in 11 U.S.C. §101(51D)(A), as amended, and no one has objected to the Debtor's election to proceed under Subchapter V.

1

4930-9827-2445, v. 1

6. The Debtor has been operating a Larks Entertainment franchise since September 2024. The business provides patrons with access to shuffleboard courts for an hourly fee and hosts weekly shuffleboard leagues. The Debtor also offers food and drink along with an arcade. The Debtor suffered cash flow problems shortly after opening. To survive this difficult period, the Debtor borrowed funds from some "merchant cash advance" lenders and has not been able to control its accounts due to daily withdrawals.

## EFFORTS UNDERTAKEN

7. The Debtor and counsel have pre-classified potential claims of creditors initially into secured claims, priority claims, and unsecured claims in preparation for formulating a Chapter 11 Plan.

8. The Debtor has started discussions with creditors regarding asset value.

9. The resolution of the real property lease is crucial.

10. The Debtor is speaking with potential buyers.

## EFFORTS TO BE UNDERTAKEN TO OBTAIN A CONSENSUAL PLAN

11. The 341 Meeting of Creditors was held on June 29, 2026, and the U.S. Trustee's office filed its notice of Meeting of Creditors Held and Concluded on June 30, 2026.

12. The Debtor believes that claims need to be filed to formulate a Chapter 11 Plan.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (FAX)
cgotham@emlawkc.com
*Attorneys for Debtor*

4930-9827-2445, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served through the Court's CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Colin N. Gotham
Colin N. Gotham, KS #19538

3

4930-9827-2445, v. 1