**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FINLO CORPORATION | ) | Case No. 26-40890-can11 |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S MOTION TO EXTEND TIME TO FILE CHAPTER 11 SUBCHAPTER V PLAN**

COMES NOW the Debtor FINLO Corporation ("Debtor"), by and through its attorney, Colin N. Gotham of Evans and Mullinix, P.A., and for its Motion to Extend Time to File Chapter 11, Subchapter V Plan states as follows:

1. The Debtor filed its petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code on May 19, 2026.
2. The Court has jurisdiction over this case under 28 U.S.C. Section 1334, and this matter is a core proceeding under 28 U.S.C. Section 157(b)(2).
3. Venue of these proceedings is proper in this district under 28 U.S.C. Sections 1408 and 1409.
4. The present deadline for filing the Chapter 11, Subchapter V Plan with a Court order is August 17, 2026.
5. The Debtor requires additional time to file its Chapter 11, Subchapter V Plan.
6. The Debtor has been in discussions with a potential buyer. It is expected that the terms of the sale will be finalized and a contract signed within the next two weeks.
7. The Debtor believes that a sale transaction will substantially benefit the creditors in this case and closure will mean near zero recovery.
8. The Debtor believes that it can file its Chapter 11, Subchapter V Plan if given until October 19, 2026.
9. 11 U.S.C. § 1189(a) provides, "The debtor shall file a plan not later than 90 days after the order for relief under this chapter, except that the court may extend the period if the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable."

WHEREFORE, the Debtor respectfully requests that this Court enter an Order granting its Motion to Extend Time to File Chapter 11, Subchapter V Plan and extend the deadline to file its Chapter 11, Subchapter V Plan to October 19, 2026, and for such other and further relief as the Court deems just and equitable.

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538 MO #52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
Attorney for the Debtor

## NOTICE OF MOTION

Any response to the motion must be filed within 21 days of the date of this notice, pursuant to Local Rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney, and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing, go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System on the date entered on the court's docket.

*/s/ Colin N. Gotham*
Colin N. Gotham