**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **FINLO CORPORATION,** | ) | **CASE NO. 26-40890-can11** |
| | ) | |
| **DEBTOR.** | ) | |

## UNITED STATES TRUSTEE'S MOTION TO DISMISS

Now comes Jerry L. Jensen, the duly appointed Acting United States Trustee (the "UST"), by and through his counsel of record, and for his motion to dismiss pursuant to 11 U.S.C. § 1112(b) states as follows:

### Factual Basis

1. FINLO Corporation (the "Debtor") commenced this case under the provisions of Title 11 of the United States Code on May 19, 2026, in the United States Bankruptcy Court for the Western District of Missouri.
2. At the Initial Debtor Interview conducted in this case and at the Section 341 meeting of creditors held on June 29, 2026, the UST reminded the Debtor's representative of the obligations to timely comply with administrative requirements, including the closing of all pre-petition bank accounts, the opening of a designated Debtor-in-possession ("DIP") bank account at an authorized depository, and the filing of monthly operating reports.
3. The Debtor has failed to perform any of these required actions, and the May, June and July MOR's are past due.

### Jurisdiction and Venue

4. The Court has jurisdiction over this case and the motion pursuant to 28 U.S.C. §1334 and an order of reference promulgated by the District Court as 28 U.S.C. §157(a).
5. The issues raised herein are constitutionally core bankruptcy matters and are statutorily core under 28 U.S.C. § 157(b)(2)(A).
6. Venue in the Western District of Missouri is proper under 28 U.S.C. §1408(1).
7. The United States Trustee has standing to file this motion pursuant to 28 U.S.C. §586(a) and 11 U.S.C. §§307(a) and 1112(b).

**Argument**

8. Pursuant to 11 U.S.C. §1112(b)(2), the Court shall convert or dismiss a Chapter 11 case, after notice and hearing, if the movant establishes cause, unless the Court specifically identifies unusual circumstances establishing that dismissal or conversion is not in the best interests of creditors and the estate.
9. The failure to file the required monthly operating reports constitutes cause for dismissal or conversion. *See* 11 U.S.C. §1112(b)(4)(F).
10. The failure to close the pre-filing bank accounts and to open a DIP account at an authorized depository violates the requirements of 11 U.S.C. §345 and Local Bankruptcy Rule 2015-6, which is cause for dismissal. *See* 11 U.S.C. §1112(b)(4).
11. The 2023 and 2024 tax returns provided by the Debtor showed the business operating at a significant loss in both of those years.[1] Specifically, the business had taxable income of ($57,469) in 2023 and ($502,519) in 2024. Based upon the very limited financial information available since the filing, due to the Debtor's failure to comply with the administrative requirements, the UST believes that there is very likely a "substantial or

[1] The Debtor has not yet provided the 2025 tax returns to the UST.

continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation" within the meaning of 11 U.S.C. §1112(b)(4)(A).

12. The Debtor has scheduled assets totaling $57,615.53, subject to a secured lien of $1.25 million. There are no unencumbered assets to pay unsecured creditors, so conversion to Chapter 7 does not seem to be appropriate.

13. For these reasons, the Court should dismiss this case.

WHEREFORE, the United States Trustee prays for an order dismissing the case.

Dated: August 26, 2026

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

By: /s/ Jill D. Parsons

Jill D. Parsons, Mo. Bar #49835
Assistant United States Trustee
Office of the U.S. Trustee
400 East 9th St., Ste 3440
Kansas City, MO 64106
Telephone: (816) 512-1940
Email: jill.parsons@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the United States Trustee's Motion to Dismiss was served upon the Debtor by electronic notification pursuant to Fed. R. Bankr. P. 7005, incorporating Fed. R. Civ. P. 5, and to the attached matrix, by first-class mail, postage prepaid, this 26th day of August 2026.

By: /s/ Jill D. Parsons
Jill D. Parsons