**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**AT KANSAS CITY**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 26-40890-btf |
| FINLO CORPORATION, | ) | Chapter 11 |
| | ) | |
| DEBTOR. | ) | |

**AGREED ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365**

COME NOW Debtor, FINLO Corporation, by and through its attorney, Colin N. Gotham of Evans & Mullinix, P.A., and West Bottom Flatts II MT, LLC, by and through its attorney, Mark A. Bogdanowicz, and hereby agree to the following:

1. The Debtor is required to file a Motion to Sell and Agreement on or before September 30, 2026. If said Motion is not filed on or before September 30, 2026, the Debtor's lease with West Bottom Flatts II MT, LLC, shall be deemed rejected as of September 30, 2026, without further Order of the Court.
2. Subject to the above-referenced conditions, the Deadline for the Debtor to assume or reject the lease with West Bottom Flatts II MT, LLC is extended to December 15, 2026.

**IT IS THEREFORE BY THE COURT ORDERED** that Debtor's Motion to Extend Time to Assume or Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. §365 is hereby granted.

**IT IS FURTHER ORDERED** that, subject to the conditions set forth herein, the Debtor shall have until December 15, 2026 to file their motions to either assume or reject the unexpired leases of non-residential real property.

**IT IS SO ORDERED**.

Dated: 8/28/2026

/s/ Brian T. Fenimore
Hon. Brian T. Fenimore
United States Bankruptcy Judge

Submitted and approved by:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*

Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Debtors*

SPENCER FANE LLP

*/s/ Mark Bogdanowicz*

Mark Bogdanowicz, MO #75399
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
(816) 474-8100; (816) 474-3216 (Fax)
mbogdanowicz@spencerfane.com